**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| ARCHBISHOP MITCHELL T. ROZANSKI, *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 1:26-cv-00224-MTS |
| SHERIFF GARY STOLZER, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the Joint Motion to Adopt the Parties' Proposed Briefing Schedule and Requesting Oral Argument, Doc. [25], is **GRANTED**. Defendants shall file any opposition to Plaintiffs' Motion for Preliminary Injunction no later than **Tuesday**, **October 27, 2026**.[1] Plaintiffs may file any reply thereto no later than **Friday**, **November 06, 2026**.[2] All briefs must contain a table of contents and a table of authorities.

**IT IS FURTHER ORDERED** that an in-person hearing on Plaintiffs' Motion for Preliminary Injunction is set for **Wednesday**, **November 18, 2026**, at **2:00 p.m.**, in Courtroom 4B of the Rush Hudson Limbaugh Sr. U.S. Courthouse in Cape Girardeau. Any party wishing to present evidence at the preliminary injunction hearing must submit a list of witnesses that will or may be called and a list of exhibits that will or may be

[1] Defendants are granted leave to file response briefs of up to forty-two numbered pages. *Cf.* Doc. [13].
[2] Plaintiffs are granted leave to file a reply brief of up to twenty-five numbered pages.

presented no later than **Friday**, **November 13, 2026**. The failure to do so may result in the exclusion of any undisclosed witnesses or exhibits.

Dated this 21st day of October 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE