**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| ARCHBISHOP MITCHELL T. ROZANSKI, *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 1:26-cv-00224-MTS |
| SHERIFF GARY STOLZER, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER REFERRING CASE**
**TO ALTERNATIVE DISPUTE RESOLUTION**

After due consideration of the issues, *see* Doc. [48], the Court finds that this cause is appropriate for referral to an alternative form of dispute resolution as provided by the Local Rules of this Court.

**IT IS HEREBY ORDERED** that:

(a) Referral to ADR: This case is referred to **Mediation**.

(b) Conduct of the ADR Conferences: The ADR conference(s) shall be conducted in accordance with the procedures outlined in E.D. Mo. L.R. 6.01–6.05.

(c) The ADR conference(s) shall be concluded before **Monday**, **December 07, 2027**, unless extended by order of the Court. Although ADR conferences may be conducted at any location agreed to by the parties, counsel, and the assigned neutral, the parties are advised that such conferences may be conducted in designated space in the United States District Court, 111

South 10th Street, St. Louis, Missouri, and United States District Court, 555 Independence Street, Cape Girardeau, Missouri, by making arrangements with the Office of the Clerk.

(d) General Rules Governing ADR Conferences: The ADR procedures are defined and the process shall be conducted in accordance with E.D. Mo. L.R. 6.01–6.05. The following Orders are entered in this matter:

(1) Designation of Lead Counsel: **Christopher J. Schmidt** is designated as lead counsel and shall be responsible for working with the parties and the neutral to coordinate an agreeable date, time, and, if necessary, location for the initial ADR conference.

(2) Responsibilities of Lead Counsel: No later than **Monday, November 16, 2026**, lead counsel shall notify the Clerk of the agreed choice of neutral selected by the parties and the date, time and location of the initial ADR Conference.* Upon selection of the neutral, lead counsel shall send a copy of this Order to the neutral.

(3) Authority of the Neutral: The neutral shall have authority to consult and conduct conferences and private caucuses with counsel, individual parties, corporate representatives and claims professionals, to suggest alternatives, analyze issues and positions, question perceptions, stimulate negotiations, and keep order.

(4) Appointment of Non-Certified Neutral: Given the uniqueness of this case and the shortened timeframe in which to complete mediation, the parties need **not** seek leave to appoint a non-certified neutral if all parties agree on the selection.

* The parties may use form MOED-0028, available at https://www.moed.uscourts.gov/sites/moed/files/documents/forms/moed-0028.pdf

(e) Local Rule 6.02 – Duties of Participants: Counsel for all parties is directed to review E.D. Mo. Local Rule 6.02 in its entirety. The Court specifically notes the General Attendance Requirements as set forth below:

(1) Attendance and Participation: **All named parties and their counsel are required to attend the ADR conference, participate in good faith, and possess the requisite settlement authority unless excused under this Rule**. The attendance requirement is satisfied by appearing in person or by video conference, unless in-person attendance is Ordered by the Court or required by the neutral. Unless excused by the neutral for good cause shown, when appearing by video conference, persons **must** be visibly present in front of their camera with audio and video turned on so that audio and visual interaction with all parties can occur.

(2) Disclosure of Participants and Manner of Attendance: Not later than three (3) days prior to the ADR Conference, each party will provide to all parties, and to the neutral, a list of all persons who will participate in the ADR Conference on behalf of the party making the disclosure. This list shall state the names of the individuals attending and their general job titles and shall state whether each person is attending in person or by videoconference.

Dated this 9th day of November 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE