UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ARCHBISHOP MITCHELL T. ROZANSKI, FR. CHRISTOPHER SCHROEDER, ARCHDIOCESE OF ST. LOUIS, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No.: 1:26-CV-00224-MTS |
| SHERIFF GARY STOLZER, et al. | ) | |
| Defendants. | ) | |

# ***THIRD SUPPLEMENTAL AFFIDAVIT OF MAJOR JASON SCHOTT***

COMES NOW Jason Schott, being of sound mind, lawful age, and having been duly sworn upon his oath, and states based upon personal knowledge as follows:

1. My name is Jason Schott, and I am a Major and the Chief Deputy of the Ste. Genevieve County Sheriff's Office.
2. As Chief Deputy, I assist Sheriff Gary Stolzer with the daily operations of the Ste. Genevieve County Sheriff's Office, including the Ste. Genevieve County Detention Center (the "Detention Center").
3. The statements contained in this Third Supplemental Affidavit are based upon my personal knowledge acquired through my duties as Major and Chief Deputy of the Ste. Genevieve County Sheriff's Office.

4. I previously executed an Affidavit, a Supplemental Affidavit, and a Second Supplemental Affidavit concerning the operations of the Detention Center and the religious accommodations adopted and implemented in response to the concerns raised in this litigation.

5. On November 9, 2026, the Detention Center provided clergy-visitation hours from 12:00 p.m. to 4:00 p.m.

6. During the clergy-visitation period, Father Alberto Ares, Father David Kiblinger, and Father Raymond Parcon came to the Detention Center for clergy visits with detainees.

7. Consistent with the religious accommodations described in my prior Affidavits, the Detention Center made all three attorney-client visiting rooms available for clergy visits on November 9, 2026. The accommodations applicable to those rooms permitted private, unrecorded communication for confession and facilitated the direct administration of communion.

8. Detention Center personnel placed Father Alberto Ares, Father David Kiblinger, and Father Raymond Parcon in the three attorney-client visiting rooms for their clergy visits.

9. Father Jerry Meyers and a Lutheran pastor also arrived at the Detention Center for clergy visits.

10. At the time Father Meyers and the Lutheran pastor arrived, all three attorney-client visiting rooms were being used by other clergy for clergy visits. Father Meyers and the Lutheran pastor therefore waited until attorney-client visiting rooms became available.

11. As attorney-client visiting rooms became available, Father Meyers and the Lutheran pastor were provided access to the rooms for their clergy visits.

12. The last priest entered an attorney-client visiting room at approximately 2:30 p.m. and completed his clergy visit by approximately 3:35 p.m.

13. All clergy visits had concluded by approximately 3:35 p.m., with the designated clergy-visitation period remaining available until 4:00 p.m.

14. Each clergy member who visited the Detention Center on November 9, 2026, was provided access to an attorney-client visiting room during the designated clergy-visitation period.

15. During the November 9 clergy-visitation period, I am not aware of any clergy member raising a concern regarding their visit or the accommodations provided by the Detention Center.

16. Detention Center personnel also informed the visiting clergy that the new clergy-visitation schedule, with expanded visitation hours from 9:00 a.m. to 4:00 p.m., would begin on November 21, 2026.

FURTHER, AFFIANT SAYETH NOT.

Maj. J Schott

Major Jason Schott
Chief Deputy of the Ste. Genevieve County
Sheriff's Office

Subscribed and sworn to before me this 10 day of Nov, 20 26.

Heather A Koller
Notary Public

My commission expires:
1-30-28

HEATHER A KOLLER
Notary Public - Notary Seal
STATE OF MISSOURI
County of Ste. Genevieve
My Commission Expires: Jan. 30, 2028
Commission #12476611